# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**HANY NABIL ROSHDY AZAB**
(A# 241-401-468),

Petitioner,

v.

**SCOTT LADWIG,**
Acting Director of the New Orleans Field Office of U.S. Immigration and Customs Enforcement;

**DAVID VENTURELLA,** Acting Director, U.S. Immigration and Customs Enforcement;

**MARKWAYNE MULLIN,**
Secretary of the U.S. Department of Homeland Security;

**TODD BLANCHE,** Acting Attorney General of the United States,

Respondents.

Civil Action No. 3:26-cv-01345

**ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

## TEMPORARY RESTRAINING ORDER

The Petitioner was taken into custody by Respondents on September 18, 2026, and is being detained in the Middle District of Tennessee pursuant to the direction of the Respondents. The Petitioner alleges that, because of a recent Sixth Circuit decision that would require the Petitioner to be immediately released by the Respondents, they have a practice of transferring detainees out of the geographical area governed by the Sixth Circuit Court of Appeals. The Petitioner fears that

that will happen to him before his Emergency Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief (Doc. No. 1) can be heard. And indeed, after being taken into Custody, Respondents told Petitioner they would transfer him to the detention facility in Memphis and then from there to Louisiana.

The Court finds that the Petitioner has established grounds for a temporary restraining order. He has shown a strong likelihood of success on the merits, would suffer the irreparable injury of continued detention and possible deportation absent an injunction, the injunction would not cause substantial harm to others, and it is in the public interest that he be maintained in this district so that his Petition for Writ of Habeas Corpus can be heard under prevailing Sixth Circuit law. *S. Glazer's Distrib. Of Ohio, LLC v. Great Lakes Brewing Co.*, 860 F.3d 844, 849 (6th Cir. 2017).

Accordingly, the following are hereby ORDERED:

1. The Respondents shall not transfer the Petitioner outside of the Middle District of Tennessee.

2. The Respondents shall facilitate immediate, confidential attorney-client communication.

3. No bond required.

This Order shall remain in effect until hearing scheduled for October 2, 2026 at 3:00 P.M.

IT IS SO ORDERED on September 18, 2026 at 5:00 P.M.

ALETA A. TRAUGER
U.S. DISTRICT JUDGE

Date: September 18, 2026

Respectfully submitted,

/s/ Mallory K. Schiller
Mallory Kathryn Schiller, Esq.
TN BPR # 036191
MK Schiller Law
35 Erin Lane
Nashville, TN 37221
(931) 854-5174
mallory@mkslaw.help
*Attorney for Petitioner*