Motion GRANTED.
Hearing will be held telephonically.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HANY NABIL ROSHDY AZAB,<br><br>Petitioner,<br><br>v.<br><br>SCOTT LADWIG, *Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement*, et al.,<br><br>Respondents. | Case No. 3:26-cv-01345<br>Judge Trauger |

**JOINT MOTION FOR TELEPHONIC HEARING OR ALTERNATIVELY TO RESCHEDULE THE HEARING**

The parties jointly request this Honorable Court to allow the parties to appear telephonically at the hearing currently set for Friday, October 2, 2026, at 3:00 p.m. or alternatively reschedule the hearing to date at the Court's earliest convenience. (D.E. 9).

As cause, Respondents' counsel will not be in the district on October 2, 2026, but could participate telephonically if the court deems that a hearing is necessary. The parties have communicated and to avoid an extended rescheduling date would ask that the hearing remain on Friday, October 2, 2026, at 3:00 p.m., but conducted telephonically.

THEREFORE, based on the above, the parties respectfully request that this Honorable Court allow the parties to appear telephonically on Friday, October 2, 2026, at 3:00 p.m. or alternatively reschedule the hearing to date at the Court's earliest convenience except on the following dates: October 5-6, 13-16, 2026. (D.E. 9).